## UNITED STATES BANKRUPTCY COURT
## Western District of Michigan

In re: **Victor Bogosian, III**
      **Heather Marie Bogosian**,

Debtor(s).
      /

Case No.
Chapter 13
Hon. John T. Gregg
Filed: March 11, 2019

### FIRST PRECONFIRMATION AMENDED CHAPTER 13 PLAN

### III. DISBURSEMENTS

    **A. ADMINISTRATIVE CLAIMS.** The Debtor(s) shall pay in full, in deferred cash payments, all allowed claims entitled to priority under 11 U.S.C. § 507, including:

    **3.** Attorney fees exclusive of costs and expenses: An initial fee of $ **3,200.00** less fees paid of $ **1,835.00**, leaving a fee balance in the amount of $ **1,365.00** to be paid by the Trustee pursuant to the priorities set forth in paragraph IV.H of the Plan, unless otherwise marked below:

        a. ☐ Attorney fees shall be paid at the rate of $ **0.00** per month until paid in full pursuant to paragraph IV. H of the Plan.

        b. ☒ Attorney fees shall be paid after all necessary equal monthly payments on secured continuing claims, secured claims, assumed executory contract/unexpired lease claims which is a modification of paragraph IV.H.

    **SECURED CLAIMS.**

      **1. Real Property:**

      **a. Mortgage Payments:** Unless otherwise stated, the Trustee shall commence paying the first post-petition mortgage payment on the first day of the month following the month of the petition date.

      **b. Principal Residence Post-Petition Mortgage Payments and Prepetition Arrears:** The following is the street address and the tax ID parcel no. for the principal residence of the Debtor(s):

Property No.    1   58981 46th Street Lawrence, MI 49064   Van Buren County
                PPN: 80-14-018-062-00
                Acquisition Date: 11/20/20014.

| Creditor Name | Estimated Monthly Payment Amount[iii] | Estimated Arrears[iv] | Taxes & Insurance Escrowed With Lender? Y/N |
|---|---|---|---|
| 1 Lake Michigan Credit Union | 775.00 | 0.00 | N |

THIS PLAN REMAINS UNCHANGED IN ALL RESPECTS
NOT IN CONFLICT WITH THIS AMENDMENT

Date: **July 10, 2019**

/s/ Victor Bogosian, III
**Victor Bogosian, III**   , Debtor

---

[iii] The monthly payment amount is an estimate and the Trustee shall pay the monthly payment amount based on the proof of claim as filed. The Plan authorizes the Trustee to make post-petition regular mortgage or land contract payments prior to the proof of claim being filed. This provision does not preclude any party in interest from filing an objection to the claim.

[iv] The amount of prepetition arrears is an estimate and the Trustee shall pay the prepetition arrears based on the proof of claim as filed. Any claim filed for prepetition arrears shall be paid through the Plan over a reasonable period of time and pro-rata with other secured creditors without interest.

1 - As updated on 11-23-16

| Date: | **July 10, 2019** | **/s/ Heather Marie Bogosian** | |
| | | **Heather Marie Bogosian** | , Debtor |

| Date: | **July 10, 2019** | **/s/ Jeffrey D. Mapes** | |
| | | **Jeffrey D. Mapes P70509** | , Counsel for the Debtor(s) |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                                                     Best Case Bankruptcy