UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **IN RE:** § | |
| § | |
| Victor Bogosian III § | **CASE NO.** 19-00935 |
| Heather Marie Bogosian § | **HON.** John T Gregg |
| **Debtor(s)** § | |
| § | |

## STIPULATION TO APPROVE DEBTORS' FIRST POST-CONFIRMATION AMENDED CHAPTER 13 PLAN

NOW COME the Debtors, Victor Bogosian III and Heather Marie Bogosian, by their counsel, Mapes Law Offices, and the Chapter 13 Trustee, Barbara P. Foley, and in support of their stipulation, state as follows:

1. This Chapter 13 Case was filed on 03/11/2019.
2. The Chapter 13 Plan was Confirmed on 07/17/2019
3. On 10/2/2020, the Debtors filed their First Post-Confirmation Amended Chapter 13 Plan (the "Amended Plan").
4. The Amended Plan is intended to cure the default in plan payments by re-paying the arrears in plan payments over the remaining term of the plan.
5. The Amended Plan should be approved.
6. The Amended Plan has no detrimental effect on creditors, and service upon the Matrix should therefore be waived.

WHEREFORE, the undersigned hereby agree and stipulate to entry of the attached Order approving this stipulation.

Dated: 10/5/2020                    /s/ Barbara P. Foley/HSL
                                     Barbara P Foley, Chapter 13 Trustee

Dated: 10/02/2020                   /s/George J. George
                                     Jeffrey D. Mapes, Attorney for Debtor
                                     George J. George, Associate Attorney
                                     29 Pearl St. NW, Ste. 305
                                     Grand Rapids, MI 49503
                                     Phone: (616) 719-3847
                                     Fax: (616) 719-3857